IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NADIA GRAVES**                                                              **PLAINTIFF**

**v.**                           **CASE NO. 4:21-CV-00457-BSM**

**STEVE MITCHELL,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of December, 2021.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE